AO-243 (Rev. 2/95)

## PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District Southern District of Texas | |
|---|---|---|
| Name of Movant  Baudel Ortiz | Prisoner No. | Case No. 5:05-CR-229-5 5:10-cv-102 |
| Place of Confinement  Federal Medical Center, Box 4000, Rochester, MN. 55903-4000 | | |

United States District Court
Southern District of Texas
FILED

SEP 14 2010

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA        V.        Baudel Ortiz

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court  Southern District of Texas, Loredo, Texas.

2. Date of judgment of conviction  October 15, 2008

3. Length of sentence  120 months

4. Nature of offense involved (all counts)  Conspiracy to transport undocumented aliens into the United States for private financial gain by means of a motor vehicle in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (1)(B)(i)(R.22-27)

5. What was your plea?  (Check one)
   (a) Not guilty        ☐
   (b) Guilty            ☒
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury        ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒        No ☐

(2)

9. If you did appeal, answer the following:

    (a) Name of court ___ The Fifth Circuit Court of Appeals _____

    (b) Result _____ Afirmed the conviction and sentence _____

    (c) Date of result _____ October 8, 2009 _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ☐    No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐          No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          Yes ☐          No ☐
(2) Second petition, etc.         Yes ☐          No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.  Ground one: ___Ineffective Assistance of Counsel_____

_____

Supporting FACTS (state *briefly* without citing cases or law) ———————

Trial Counsel failed to advise Petitioner Ortiz that he would

face deportation as a result of pleading guilty. Petitioner is

a permanent resident of the United States, with a permanent "Green

Card." Also, Counsel advised him that he would receive a "lighter

sentence" if he would plead guilty and not go to trial. He, instead

received the statutory maximum.

B.  Ground two: _____

 Petitioner entered a guilty plea, unknowingly and unintelligently.

Supporting FACTS (state *briefly* without citing cases or law) ———————

Prior to the Plea Hearing, Trial Counsel advised Petitioner that

he would face a sentence of imprisonment of up to 63 months. He

was thereby not aware of the relevant and likely circumstances and

consequences. The Court did tell Petitioner that the statutory

sentence was 10 years, but Petitioner believed what his Counsel

had advised him, 63 months, thereby Petitioner was not knowingly aware

C.  Ground three:_____

Petitioner's Sixth Amendment Right was violated.

Supporting FACTS (state *briefly* without citing cases or law) ———————

Petitioner was found guilty of facts, without admitting to them

or by a jury, and those facts were then used to increase the

sentence. The Court had discretion to sentence Petitioner, but

not to find facts that a jury did not find, then increase his

sentence because of those facts.

AO 243 (Rev. 2/95)

D.    Ground four: __The Court did not have Jurisdiction to hear the Case.__

Supporting FACTS (state *briefly* without citing cases or law) _____

The amended Bill, H.R. 3190, which became Public Law 80-772 (enacting
Title 18 of the United States Code) was passed only by the Senate
and never passed by the House of Representatives. The Bill was never
certified as required, and was signed by the Speaker of the House
and President pro-tempore of the Senate, under purported authority
of a concurrent resolution agreed to by a Congress, without Quorums
of the respective Houses sitting. (Appendix Pages Provided for Proof)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented,
and give your reasons for not presenting them: _____

Trial Counsel that represented Petitioner in the District Court
also represented him in the Appeals Court. Trial Counsel did not
find himself Ineffective, did not raise the other grounds, because
Trial Counsel never talked to Petitioner about the Direct Appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐        No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing ____Juan Ramon Flores_____

____201 W. Hillside, Ste. 17, Loredo, TX. 78045, (956)723-2944_____

(b) At arraignment and plea ____(same)_____

(c) At trial _____(same)_____

(d) At sentencing _____(same)_____

(6)

(e) On appeal _____ (same) _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐        No ☒X

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐        No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_8-31-10_
(Date)

_____
Signature of Movant

United States District Court
Southern District of Texas
RECEIVED

SEP 14 2010

David J. Bradley, Clerk
Laredo Division

?22-279⇔ Us District Court
1300 Victoria ST
Suite 2111
Laredo, TX - 78040
United States

U.S. MARSHALS
AE FOREIGN

United States District Court
Southern District of Texas
RECEIVED

SEP 14 2010

David J. Bradley, Clerk
Laredo Division

RECEIVED

SEP 13 2010

U.S. Probation Office
Laredo, TX

Baudel Ortiz
Reg. No. 46022-279
Federal Medical Center
Box 4000
Rochester, MN. 55903-4000