IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-40223

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

BAUDEL ORTIZ,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Laredo
5:10-CV-102

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of June 22, 2012, for want of prosecution. The appellant failed to timely file a motion for certificate of appealability with brief in support and failed to timely pay the docketing fee.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

United States District Court
Southern District of Texas
FILED
JUL - 2 2012
David J. Bradley, Clerk
Laredo Division

Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana    JUN 2 2 2012

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 22, 2012

Mr. David J. Bradley  
Southern District of Texas, Laredo  
United States District Court  
1300 Victoria Street  
Room 1131  
Laredo, TX 78042

    No. 12-40223,  USA v. Baudel Ortiz  
    USDC No. 5:10-CV-102

Enclosed is a copy of the judgment issued as the mandate.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: /s/ Christina A. Gardner  
                 Christina A. Gardner, Deputy Clerk  
                 504-310-7684

cc w/encl:  
    Ms. Renata Ann Gowie  
    Mr. Baudel Ortiz